UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA

v.  CASE NO. 8:07-CR-53-T-26MSS

GUILLERMO JOSE ROMERO-GUTIERREZ,
  a/k/a "Guille,"
JORGE ISAAC ROMERO-GUTIERREZ,
  a/k/a "Bemba,"
ORLANDO DE JESUS ROMBERO-GUTIERREZ
  a/k/a "Chola,"
FRANCISCO ROLANDO ROMERO-GUTIERREZ.
  and
JOSE MARIA BARRIOS-IPUANA
  a/k/a "Chema Bala"



## O R D E R

The Motion to Seal the First Superseding Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the First Superseding Indictment in this cause except when necessary to provide certified copies of the First Superseding Indictment to the United States Attorney's Office, the Department of Justice, and any other law enforcement agencies requiring same.

It is further ordered that the United States may disclose the existence of the First Superseding Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendants.

The Clerk is further ordered to unseal all documents relating to the First Superseding Indictment without any further Order of the Court when any of the named

defendants are taken into custody.

DONE AND ORDERED at Tampa, Florida, this 22 day of Aug, 2007.

_____
MARK A. PIZZO
United States Magistrate Judge